**Rapheal G. RUSSELL, Plaintiff-Appellant,**

v.

**Myong Suk MUELLER; et al., Defendants-Appellees.**

No. 17-35697

United States Court of Appeals, Ninth Circuit.

Submitted December 18, 2017 *

Filed December 26, 2017

Rapheal G. Russell, Pro Se

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Kimberlee Walker Olsen, Attorney, Luke Casteel & Olsen, Lynnwood, WA, for Defendants-Appellees

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

MEMORANDUM **

Rapheal G. Russell appeals pro se from the district court's judgment dismissing for lack of subject matter jurisdiction his action arising from a property dispute. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Rundgren v. Wash. Mut. Bank, FA*, 760 F.3d 1056, 1060 (9th Cir. 2014). We affirm.

The district court properly dismissed Russell's action for lack of subject matter jurisdiction because Russell failed to allege a federal question or jurisdiction based on diversity of citizenship. *See* 28 U.S.C. § 1331 (conferring jurisdiction on district courts in "civil actions arising under the Constitution, laws, or treaties of the United States"); *Caterpillar, Inc. v. Lewis*, 519 U.S. 61, 68, 117 S.Ct. 467, 136 L.Ed.2d 437 (1996) (28 U.S.C. § 1332(a) applies only when the state citizenship of each plaintiff is diverse from each defendant).

We do not consider matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

We do not consider documents not presented to the district court because they are not part of the record on appeal. *See United States v. Elias*, 921 F.2d 870, 874 (9th Cir. 1990).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.